UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/14/2026_

NEW YORK UNIVERSITY,

Plaintiff,

-v-

SCHINDLER ELEVATOR CORPORATION,

Defendant.

**ORDER**

26-CV-1085 (MMG)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on May 14, 2026 to discuss settlement procedures and scheduling a future settlement conference.  As discussed at the conference, Plaintiff shall make an initial settlement demand by **May 22, 2026**. The undersigned will hold a further call to discuss progress on the exchange of information on **May 26, 2026** at **4:00 p.m.**  Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 686 252 608#).

A settlement conference is scheduled before the undersigned on **July 15, 2026** at **10:00 a.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007.

The parties are directed to review and comply with the Procedures for All Cases Referred for Settlement to Magistrate Judge Henry J. Ricardo (the "Procedures"), available at https://nysd.uscourts.gov/hon-henry-j-ricardo.

By **June 24, 2026**, the parties shall submit to RicardoNYSDChambers@nysd.uscourts.gov their Acknowledgment Form, Ex Parte

1

Settlement Letter, and availability for an Ex Parte Pre-Settlement Call as described in paragraphs 5–7 of the Procedures. **The Ex Parte Settlement Letter should not be sent to the other parties.**

Defendant should respond to Plaintff's initial settlement demand in advance of their Ex Parte Settlement Letter submissions.

The parties—not just the attorneys—must attend the settlement conference. Corporate parties and insurance companies (or any other party that is not a natural person) must send to the conference the person ultimately responsible for giving settlement authority. If it would be a great hardship for the party to attend, upon written application in advance of the conference the undersigned will sometimes excuse that party's presence, but will require that party to be available by telephone throughout the settlement conference.

**SO ORDERED.**

Dated: May 14, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

2