UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/26/2026

NEW YORK UNIVERSITY,

              Plaintiff,

     -v-

SCHINDLER ELEVATOR CORPORATION,

             Defendant.

**ORDER**

26-CV-1085 (MMG)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on May 26, 2026 to discuss settlement procedures and scheduling a future settlement conference. Defendant shall provide a counter-offer to Plaintiff by **June 11, 2026**.

The parties are reminded that a settlement conference is scheduled before the undersigned on **July 15, 2026** at **10:00 a.m.**, in Courtroom 21D at 500 Pearl Street, New York, New York 10007. By **June 24, 2026**, the parties shall submit to RicardoNYSDChambers@nysd.uscourts.gov their Acknowledgment Form, Ex Parte Settlement Letter, and availability for an Ex Parte Pre-Settlement Call. **The Ex Parte Settlement Letter should not be sent to the other parties.**

**SO ORDERED.**

Dated: May 26, 2026
     New York, New York

                        _____
                        Henry J. Ricardo
                        United States Magistrate Judge

1